IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342,<br><br>           Plaintiff,<br><br>   v.<br><br>PIPELINE CONSTRUCTION,<br><br>           Defendant.<br>_____/ | No.   C05-01646 MJJ<br><br>**AMENDED<br>ORDER OF REFERENCE** |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the **Plaintiffs' Motion for Default Judgment** in the above-captioned case is referred to a Magistrate Judge.

Counsel will be advised of the date, time and place of the next appearance by notice from the Magistrate Judge. THE MOTION HEARING SET ON JUDGE JENKINS' CALENDAR FOR **October 4, 2005,** IS HEREBY **VACATED**.

**IT IS SO ORDERED.**

Dated:    9/8/2005

_____
MARTIN J. JENKINS
United States District Judge