1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | U.A. LOCAL 342 JOINT LABOR-  )
   | MANAGEMENT COMMITTEE, et     )
12 | al.,                         )         No. C05-1646 MJJ (BZ)
   |                              )
13 |          Plaintiff(s),       )         **SCHEDULING ORDER**
   |                              )
14 |     v.                       )
   |                              )
15 | PIPELINE CONSTRUCTION, et    )
   | al.,                         )
16 |                              )
   |          Defendant(s).       )
17 |_____)

18       **IT IS HEREBY ORDERED** that pursuant to the court's
19 discretion under Rule 55(b)(2) of the Federal Civil Rules of
20 Civil Procedure, a hearing on plaintiffs' motion for default
21 judgment and attorneys' fees is currently scheduled for
22 **Wednesday, October 12, 2005, at 10:00 a.m.**, in Courtroom G,
23 15th Floor, Federal Building, San Francisco, California 94102.
24       Plaintiffs are reminded that claims for attorneys' fees
25 should be supported by billing records.  Compliance with 50
26 App. U.S.C. §501 *et seq.* of the Servicemembers' Civil Relief
27 Act may not be satisfied on information and belief.  <u>See</u> 50
28 App. U.S.C. §521(b)(1); <u>United States v. Simmons</u>, 508 F.Supp.

                                1

1  552 (E.D. Tenn. 1980)(interpreting 50 App. U.S.C. §520(1),
2  predecessor to 50 App. U.S.C. §521(b)(1)).  For an explanation
3  of the evidentiary requirements for proving damages in a
4  default case, the parties are encouraged to consult Chapter
5  Six of Civil Procedure Before Trial by  William W. Schwarzer,
6  A. Wallace Tashima, and James M. Wagstaffe.

7       Defendants should attend the hearing if they contest the
8  validity or amount of plaintiff's claim.  Seven days before
9  the hearing, on **Wednesday, October 5, 2005,** plaintiffs must
10 file with the Clerk of the Court, and deliver directly to
11 chambers, a declaration setting forth in detail all steps
12 taken to serve defendants with notice of this hearing.  If
13 defendants actually received notice of this hearing,
14 plaintiffs should provide the Court with proof of service.
15 Dated:   September 16, 2005

                              _____
                                       Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-REFS\PIPELINE\ORD.SCHEDULING.wpd

2